Clerk, U.S. District Court

550 W. Fort St., MSC 042

Boise, ID 83724

U.S. COURTS

MAY 20 2013

Rcvd____Filed____Time____
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

David Roland Hinkson

Register No. 08795-023

United States Penitentiary

P.O. Box 019001

Atwater, CA 95301

RE: U.S. v. David Roland Hinkson

Case No(s.) 1:12-CV-196-RCT, 1:04-CR-127-RCT & 3:02-CR-142-RCT.

May 17, 2013

Clerk of Court:

Defendant is requesting an updated version of his docket sheets in the above mentioned case numbers.

I appreciate your time and thank you for what may be forthcoming.

Respectfully,

David Hinkson